**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:13-CR-9** |
| | § | |
| **RICHARD ALLEN GEE** | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea

Before the United States Magistrate Judge [Doc. #28].  The magistrate judge recommended that the

Court accept the defendant's guilty plea and conditionally accept the plea agreement.  He further

recommended that the Court finally adjudge the defendant as guilty on Count One of the charging

Indictment filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that

the Findings of Fact and Recommendation on Guilty Plea [Doc. #28] of the United States Magistrate

Judge are **ADOPTED**.  The Court accepts the defendant's plea, but defers acceptance of the plea

agreement until after review of the presentence report.  The Court further **ORDERS** the defendant's

attorney to read and discuss the presentence report with the defendant, and file any necessary

objections to the report before the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Richard Allen Gee, is adjudged guilty on Count One of the Indictment charging a violation of 21 U.S.C. § 841(a)(1).

So **ORDERED** and **SIGNED** on July   21 , 2013.

_____
Ron Clark, United States District Judge